| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | NO. 1:22-CR-119-MAC |
| | § | |
| DOUGLAS KEITH CASEY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration. Judge Stetson conducted a hearing to determine the Defendant's competency to stand trial. She concluded that the Defendant is incompetent to proceed under 18 U.S.C. § 4241. She further concluded that the Defendant is not likely to be restored to competency and there is no substantial probability that the Defendant will attain the capacity to permit the proceedings to go forward within a reasonable amount of time. Before the court is a report and recommendation of United States Magistrate Judge Christine L. Stetson regarding the Defendant's competency for trial. The parties have not filed objections to the report.

The court ORDERS that the report and recommendation on the Defendant's competency (#41) is ADOPTED. The court finds by a preponderance of the evidence that the Defendant Douglas Keith Casey is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in this defense and he is accordingly incompetent to stand trial under 18 U.S.C. § 4241. The court further finds that the Defendant is not likely to be restored to competency and there is not a substantial probability that he will attain

the capacity to permit the proceedings to go forward within an additional reasonable period of time. *See* 18 U.S.C. § 4241(d)(2). Based on the forensic report and the magistrate judge's recommendation, the court determines that because the Defendant's mental health condition has not so improved as to permit proceedings to go forward, he should be subject to commitment proceedings under 18 U.S.C. § 4246. The commitment petition should be filed in the United States District Court for the Eastern District of North Carolina, where the Defendant is presently in custody, as suggested by the forensic report. *See* U.S.C. § 4241(d).

Finally, the court ORDERS that the United States Attorney's Office for the Eastern District of Texas maintain contact with the United States Attorney's Office for the Eastern District of North Carolina and file quarterly status reports in this case updating the court on any commitment proceedings filed against the Defendant. The United States Attorneys' Office is directed to file its first status report on or before April 1, 2024.

SIGNED at Beaumont, Texas, this 12th day of December, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE